AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  11\30\05 | |
| NAME OF SERVER (PRINT)  JOSEPH R. CONTI | TITLE  ATTY | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail, OFC OF ATTORNEY GENERAL US. DEPT OF JUSTICE 950 PA AVE WASHINGTON DC 20530

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___11\30\05___
Date

_Signature of Server_

400 Seventh St, N.W #400
Washington DC 20004

_Address of Server_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.