UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. ORDNANCE, Inc. | ) |
| | ) |
| | ) |
| v. | ) Case No. 1:05CV02304 (ESH) |
| | ) |
| | ) |
| U.S. DEPT. OF STATE, et al. | ) |
| | ) |

**O R D E R**

This matter is before the court on the motion of the plaintiff for a preliminary injunction and the court having considered the motion, the defendants' response thereto and after a hearing on the motion it is this _____ day of _____, 2005,

**ORDERED** that the plaintiff's motion should be and hereby is **GRANTED**

**SO ORDERED.**

_____
Ellen Segal Huvelle
United States District Judge