UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **U.S. Ordnance, Inc.** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 05-2304 (ESH) |
| | ) |
| **United States Department of State,** *et al.* | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

### ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of Paul A. Mussenden, Assistant United States Attorney, as counsel of record for Defendants in the above-captioned case.

Respectfully submitted,

/s/
PAUL A. MUSSENDEN
Assistant United States Attorney
501 Fourth St., N.W.
Washington, D.C. 20530
Ph: (202) 305-4740
Fax: (202) 514-8780
Paul.Mussenden@usdoj.gov