UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. ORDNANCE, INC. | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2304 (ESH) |
| | ) |
| U.S. DEPARTMENT OF STATE, *et al.* | ) |
| | ) |
| | ) |
|     Defendants. | ) |

**DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants respectfully request an enlargement of time, to and including February 3, 2006, to file a dispositive motion in this case. This is Defendants' counsel's first request for an enlargement of time for this purpose. Pursuant to Local Civil Rule 7(m), the grounds for this motion were discussed with Plaintiff's counsel, who provided their consent.

For cause, Defendants state as follows:

1.    By Minute Order dated December 9, 2005, dispositive motions are due by January 18, 2006; oppositions are due by January 30, 2006; and replies are due by February 13, 2006.

2.    Since the Court's Order setting the briefing schedule, the parties have discussed the possibility of resolving this matter without further litigation.

3.    To allow a meaningful period to explore settlement, and to avoid the costs that will be incurred if required to simultaneously pursue this matter on the merits, an extension of the briefing schedule is necessary.

_____4.	Defendants, with Plaintiff's agreement, propose the following alternative briefing schedule: dispositive motions are due by February 3, 2006; oppositions are due by February 24, 2006; and replies are due by March 13, 2006.

5.	For the foregoing reasons, Defendants respectfully request that this motion for an enlargement of time be granted. A proposed order is attached.

Dated: January 17, 2006.

                                          Respectfully submitted,

\_\_/s/_____
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

\_\_/s/_____
R. CRAIG LAWRENCE, D.C. BAR #171538
Assistant United States Attorney

\_\_/s/_____
PAUL A. MUSSENDEN,
Assistant United States Attorney
5O1 Third Street, N.W.
Washington, D.C.  20530
(202) 305-474