**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **U.S. ORDNANCE, INC.** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No. 05-2304 (ESH)** |
| | ) |
| **U.S. DEPARTMENT OF STATE,** *et al.* | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

**UPON CONSIDERATION** of defendants' consent motion for enlargement of the briefing schedule for dispositive motions, it is

**ORDERED** that defendants' motion for enlargement of time is **GRANTED**, and it is further

**ORDERED** that dispositive motions are due by February 3, 2006; oppositions are due by February 24, 2006; and replies are due by March 13, 2006.

_____                    _____
Date                                                          ELLEN S. HUVELLE
                                                                United States District Judge