UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. ORDNANCE, INC. | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) No. 05-2304 (ESH) |
| | ) |
| U.S. DEPARTMENT OF STATE, *et al.* | ) |
| | ) |
| | ) |
|     **Defendants.** | ) |

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants respectfully request an enlargement of time, to and including February 24, 2006, to file a dispositive motion in this case. This request is necessary because the father of the primary counsel assigned to this case, AUSA Mussenden, passed away and that counsel is out of the office attending to family needs. This is Defendants' second request for an enlargement of time for this deadline. Pursuant to Local Civil Rule 7(m), counsel advised plaintiff's counsel about the grounds for this motion, and plaintiff declined to provide its consent.

For cause, Defendants state as follows:

1. By virtue of a previous consent motion for more time to file a brief addressing the merits of this case as well as plaintiff's request for injunctive relief, dispositive motions are currently due by February 3, 2006.

2. Since the Court's Order setting the briefing schedule, the parties have discussed the possibility of resolving this matter without further litigation. The previous request for additional time for the defendant's motion and brief were predicated on allowing a meaningful

period to explore the possibilities of settlement while avoiding costs which it would be unnecessary to incur in the event of settlement.

    3.    In the meantime, the counsel with primary responsibility for this matter has been out of the office dealing with the sudden death of his father in New York on January 19, 2006. The arrangements for counsel's father have been intricate due to his desire to be buried outside of the United States. Because of counsel's absence from the office, this case was reassigned to undersigned counsel. Notwithstanding the reassignment, undersigned counsel must familiarize himself with the facts of the case sufficient to draft a dispostitive motion while handling his own large docket of other active matters, including nine depositions and three Court appearances, as well as numerous filings.

    4.    For the foregoing reasons, Defendants respectfully request that this motion for an enlargement of time be granted. A proposed order is attached.

January 30, 2006                        Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

_____/s/_____
R. CRAIG LAWRENCE, D.C. BAR #171538
Assistant United States Attorney

_____/s/_____
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 307-1249