UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| U.S. ORDNANCE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2304 (ESH) |
| | ) | |
| U.S. DEPARTMENT OF STATE, *et al.* | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**UPON CONSIDERATION** of defendants' motion for enlargement of the briefing schedule for dispositive motions and any opposition thereto, it is

**ORDERED** that defendants' motion for enlargement of time is **GRANTED**, and it is further

**ORDERED** that dispositive motions are due by February 24, 2006.

_____     _____
Date                                                                  ELLEN S. HUVELLE
                                                                              United States District Judge