# UNITED STATES DISTRICT COURT
### FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ORDNANCE, INCORPORATED<br><br>                              Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF STATE, *et al.*,<br><br>                              Defendants. | Case No. 1:05-CV-02304(ESH) |

## PRAECIPE

Please enter the appearance of the undersigned as attorney of record in the above styled case on behalf of Plaintiff, U.S. Ordnance, Incorporated.

Respectfully submitted,

_____/s/_____
Robert E. Sanders
DC Bar No. 382566
P.O. Box 25385
Winston Salem, NC 27114
336.659.2999
Fax: 336.659.2266
Email: gunlaw@triad.rr.com