UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| U.S. ORDNANCE, INC. | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 05-2304 (ESH) |
| | ) | |
| U.S. DEPARTMENT OF STATE, *et al.* | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**REPLY IN SUPPORT OF MOTION FOR AN ENLARGEMENT
TO RESPOND TO THE COMPLAINT**

On February 6, 2006, plaintiff filed an opposition to defendants' request for an extension, which, notwithstanding the unfortunate circumstances leading to defendants' request, states that defendants are in default and should not receive the requested extension. Although this sort of argument may be expected from a pro se party, it is quite surprising coming from a member of the bar. As set forth below, however, good cause exists for defendants' request and therefore, defendants respectfully request that the Court grant defendants until February 24, 2006 to file a dispositive motion.

Prior to the filing of defendants' extension, this case was assigned within the United States Attorneys Office to Mr. Mussenden. Unfortunately, on January 19, 2006, Mr. Mussenden's father passed away. Because Mr. Mussenden was required to attend to matters relating to his father's death, including a request that his father be buried outside of the United States, Mr. Mussenden had to take leave, and is not scheduled to return to the office until February 20, 2006.

Notwithstanding the above, unfortunate occurrence, and in an effort to speed the resolution of this case along, the case was reassigned to undersigned counsel. Undersigned counsel, however, has a heavy case load of other matters with pre-existing commitments between the date the extension was filed and the new due date for defendants' dispositive motion. These commitments included appearances before Judge Kessler and Judge Kennedy on February 1 & 3 respectively; a dispositive motion due on February 3, depositions scheduled for February 8, 9, 10 & 24; expert disclosure deadlines on February 15 & 17; replies in support of dispositive motions due on February 9 & 14; and preparing for a Title VII jury trial before Judge Robertson scheduled to begin on March 8. In addition to these pre-existing commitments, counsel must become familiar with the facts and law applicable to this case and work with Agency counsel to obtain all necessary documentation.

In light of the fact that plaintiff filed this case on November 29, 2005 and served the complaint and summons on November 30, 2005, defendants' answer or dispositive motion was not due until January 30, 2006. Accordingly, defendants' request for an extension to respond to the complaint until February 24, 2006 – less than one month from the date an answer was originally due – plaintiff can hardly contend that it will be prejudiced by the extension.

Due to the foregoing, defendants respectfully request that the Court grant defendants until February 24, 2006 to file a dispositive motion, set a due date for plaintiff's opposition on March 8, 2006, and defendants' reply for March 17, 2006.[1]

---

[1] Defendants requests until March 17 to file a reply because, as explained previously, counsel is scheduled to appear before Judge Robertson beginning on March 8 for a Title VII jury trial.

February 6, 2006               Respectfully submitted,

        /s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

        /s/
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

        /s/
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 307-1249
(202) 514-8780 (facsimile)