UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. ORDNANCE, INC., | ) |
|        Plaintiff, | ) |
| | ) Civil Action No. 05-2304 (ESH) |
| U.S. DEPARTMENT OF STATE, *et al.*, | ) |
|        Defendants. | ) |

**ORDER**

Upon consideration of Defendants' Motion for Enlargement of Time, it is hereby

**ORDERED** that the motion is **GRANTED IN PART** insofar as the defendant's dispositive motion shall be filed on or before February 21, 2006, the opposition is due on February 28, 2006, and any reply is due on March 7, 2006; and it is

**FURTHER ORDERED** that with the consent of the parties and pursuant to Fed. R. Civ. P. 65(a)(2), the Court will consolidate the hearing on the preliminary injunction with a trial on the merits.

**SO ORDERED**.

                                                  s/
                                    ELLEN SEGAL HUVELLE
                                    United States District Judge

Date: February 7, 2006