# UNITED STATES DISTRICT COURT
### FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ORDNANCE, INCORPORATED<br><br>                                    Plaintiff,<br><br>                    v.<br><br>U.S. DEPARTMENT OF STATE, *et al.*,<br><br>                                    Defendants. | Case No. 1:05-CV-02304(ESH) |

## MOTION TO STAY PROCEEDINGS

COMES NOW, Plaintiff, U.S. Ordnance, Inc., by and through counsel, and respectfully moves the Court to stay the proceedings in this matter until March 9, 2006. As grounds for this motion, Plaintiff would state the following:

      1. The parties have tentatively agreed to a settlement in this matter. (Exhibit One).

      2. The settlement must be in the form of a Consent Agreement signed by the parties and approved by the Assistant Secretary of State for Political-Military Affairs.

      3. Counsel for the defendants has indicated that if agreed the Consent Agreement would be complete by March 9, 2006.

      4. Absent a motion for dismissal on or before March 9, 2006, counsel for the plaintiff would respectfully request that the court re-establish the briefing schedule outlined in its

order of February 7, 2006, requiring dispositive motions from the defendant in two weeks followed by reply motions in one week.

WHEREFORE counsel respectfully requests that this motion be granted.

February 15, 2006                                         Respectfully submitted,

                                                          _____/s/_____
                                                          Joseph R. Conte

## CERTIFICATE OF SERVICE

_____I HEREBY CERTIFY that a copy o f the foregoing was served upon counsel for the defendant by the electronic Case Filing System this 15th day of February, 2006.

                                                          _____/s/_____
                                                          Joseph R. Conte