# Law Offices of Joseph R. Conte, P.L.L.C.
400 Seventh Street, N.W. Suite 400
Washington, D.C. 20004-2206
202.638.4100
Fax: 202.628.0249
email: jrc1113@msn.com

February 15, 2006

<u>VIA FACSIMILE 202.514.8780, E-MAIL John.Henault@usdoj.gov</u>
<u>AND CERTIFIED MAIL #7000 0600 0024 0335 4059</u>

Mr. John F. Henault, Jr., Esquire
Asst. U.S. Attorney
Office of the U.S. Attorney
555 Fourth St., N.W.
Washington, D.C. 20530

Re:  *U.S. Ordnance v. Dept. of State*
     Case No. 1:05CV02304 (ESH)

Dear Mr. Henault:

This letter confirms our telephone conferences of yesterday outlining a proposed settlement of the above captioned matter. As discussed yesterday and in previous conversations and subject to final approval the parties agree to settle this matter as follows:

1. U.S. Ordnance, Inc. will neither admit or deny the allegations in the draft Charging Letter.[1]

2. U.S. Ordnance, Inc. Agrees to dismiss the suit captioned above currently pending in the United States District Court for the District of Columbia and forever waive any and all actions against the United States, its Agencies and employees arising from the facts giving rise to the action.

3. U.S. Ordnance, Inc. Agrees to an administrative debarment of Curtis Lynn DeBord (DeBord Senior). Mr. Debord may apply for reinstatement after one year pursuant to provisions of Section 38(g)(4) of the Arms Export Control Act (A.E.C.A.) and Section 127.11 of the International Traffic in Arms Regulations (I.T.A.R.).

---

[1] The draft Charging Letter is dated October 26, 2005.

Mr. John F. Henault, Jr., Esquire
February 15, 2006
Page -2-

    4. U.S. Ordnance, Inc. agrees to pay a civil penalty of $300,000.00 (Three Hundred Thousand Dollars) payable in cash over a three year period.

    5. U.S. Ordnance, Inc. agrees to institute compliance measures totaling $200,000.00 (Two Hundred Thousand Dollars) over a three year period. U.S. Ordnance, Inc. agrees that the compliance measures will include provisions for special outside official(s) to conduct audits, provide general oversight, and certification of implementation of U.S. Ordnance's obligations under the A.E.C.A. and the I.T.A.R.

    6. The United States Department of State agrees to lift its current "policy of denial" on U.S.O.'s export license applications and resume normal processing of its export license applications. (U.S. Ordnance, Inc. will again be in good standing with the Department of State).

    7. The terms of this agreement will be in the form of a Consent Agreement signed by the parties and under which U.S. Ordnance, Inc. would agree to a State Department Order requiring compliance with the terms of the Consent Agreement.

    8. The terms of the Consent Agreement are subject to final approval by the Assistant Secretary of State for Political-Military Affairs.

    Finally you indicated yesterday that this settlement could be approved within one to two weeks. Time is of the essence as we have previously indicated. Nevertheless, we understand the complex nature of this matter and will file a motion with the court to stay the proceedings until March 9, 2006, which we trust will be sufficient time to settle this matter.

    Thank you in advance for your efforts in this matter.

    Sincerely,

    Joseph R. Conte

cc: Mr. Robert E. Sanders, Esquire

Mr. Curtis Lee DeBord

Mr. Curtis Lynn DeBord

JRC/jc