# UNITED STATES DISTRICT COURT
### FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ORDNANCE, INCORPORATED<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>U.S. DEPARTMENT OF STATE, *et al.*,<br>　　　　　　　　　　Defendants. | Case No. 1:05-CV-02304(ESH) |

## **O R D E R**

_____This matter is before the court on the plaintiff's <u>Motion to Stay Proceedings</u> and it appearing to the court that good cause is shown it is this _____ day of _____, 2006,

**ORDERED** that the motion should be and hereby is **GRANTED** and it is

**FURTHER ORDERED** that the proceedings in this matter are **STAYED** until March 9, 2006

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Ellen Segal Huvelle
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Copies to:

Joseph R. Conte, Esquire
400 Seventh St., N.W., #400
Washington, D.C. 20004
Counsel for the Plaintiff

Robert E. Sanders, Esquire
P.O. Box 25385
Winston-Salem, NC 27104
Counsel for the Plaintiff

Mr. John F. Henault, Jr. Esauire
Mr. Paul A. Mussenden, Esquire
Asst. U.S. Attorneys
555 Fourth St., N.W.
Washington, D.C. 20530
Counsel for the Defendants