UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ORDNANCE, INCORPORATED<br><br>                                  Plaintiff,<br><br>            v.<br><br>U.S. DEPARTMENT OF STATE, *et al.*,<br><br>                                  Defendants. | Case No. 1:05-CV-02304(ESH) |

### MOTION TO STAY VACATE STAY

COMES NOW, Plaintiff, U.S. Ordnance, Inc., by and through counsel, and respectfully moves the Court to vacate the stay granted on February 15, 2006, and to re-impose the briefing schedule imposed by the court's order of February 7, 2006.  As grounds for this motion counsel would state:

　　1. On February 7, 2006, the court imposed a briefing schedule for the government's dispositive motion to be filed in two weeks and the opposition to be filed in one week and reply one week following.

　　2. On February 15, 2006, the court granted a stay in the proceedings until March 9, 2 006, for the purpose of settlement discussions.

　　3. Settlement discussions have concluded without agreement and therefore counsel request that this court vacate the stay and establish a briefing schedule that would require the government's dispositive motion be filed on March 23, 2006, opposition motion on March 30, 2006, and reply motion on April 6, 2006

WHEREFORE counsel respectfully requests that this motion be granted.

March 9, 2006

Respectfully submitted,

_____/s/_____
Joseph R. Conte

## CERTIFICATE OF SERVICE

_____I HEREBY CERTIFY that a copy o f the foregoing was served upon counsel for the defendant by the electronic Case Filing System this 9th day of March, 2006.

_____/s/_____
Joseph R. Conte

STAY.USO.wpd