# UNITED STATES DISTRICT COURT
### FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ORDNANCE, INCORPORATED<br><br>                              Plaintiff,<br><br>            v.<br><br>U.S. DEPARTMENT OF STATE, *et al.*,<br><br>                              Defendants. | Case No. 1:05-CV-02304(ESH) |

## O R D E R

_____This matter is before the court on the plaintiff's <u>Motion to Vacate Stay</u> and it appearing to the court that good cause is shown it is this _____ day of _____, 2006,

**ORDERED** that the motion should be and hereby is **GRANTED** and it is

**FURTHER ORDERED** that the defendant's dispositive motion shall be filed on or before March 23, 2006, the opposition is due on March 30, 2006, and any reply is due on April 6, 2006,

**SO ORDERED.**

_____
Ellen Segal Huvelle
United States District Judge

Copies to:

Joseph R. Conte, Esquire
400 Seventh St., N.W., #400
Washington, D.C. 20004
Counsel for the Plaintiff

Robert E. Sanders, Esquire
P.O. Box 25385
Winston-Salem, NC 27104
Counsel for the Plaintiff

Mr. John F. Henault, Jr. Esauire
Mr. Paul A. Mussenden, Esquire
Asst. U.S. Attorneys
555 Fourth St., N.W.
Washington, D.C. 20530
Counsel for the Defendants