

**United States Department of State**

*Bureau of Political-Military Affairs*
*Directorate of Defense Trade Controls*

*Washington, D.C. 20520-0112*

In Reply Refer To:
DTC Case No. RR 04-118

JUN -2 2004

Mr. Curtis Debord, Jr.
President
U.S. Ordnance, Inc.
2500 Valley Road Unit Z
Reno, Nevada 89512
DTC Code: 14291

Reference:    Your letter dated May 25, 2004

Dear Mr. Debord:

    This Office received your letter cited above. Please submit a full disclosure (using the elements specified in International Traffic in Arms Regulations Section 127.12) regarding the relationship of Curtis Debord Sr. to U.S. Ordnance, including but not limited to his role in establishing and maintaining the company, and any responsibilities associated therewith; and his financial investment in and any compensation or benefits received from the company; and his specific involvement in export and brokering activity related to approved and pending licenses. This response should be provided no later than June 20, 2004.

    While evaluating the above information, this Office is prepared to consider, on a case-by-case basis, processing license applications (to include the referenced Columbia license application) as transaction exceptions. To make a transaction exception request, you must submit relevant information so we may consider:

- Whether an exception is warranted by overriding United States foreign policy or national security interests;
- Whether an exception would further law enforcement concerns that are consistent with the foreign policy or national security interests of the United States; or
- Whether other compelling concerns exist that are consistent with the foreign policy or national security interests of the United States and law enforcement concerns.

We will act on your request as soon as the above documentation is received. Please direct all correspondence as well as any questions or comments on this matter to me at (202) 663-2809 or Mr. Peter Sullivan at (202) 663-2831.

Sincerely,

Deborah Carroll
Chief
Enforcement Division