

# U.S. ORDNANCE, INC.

TE 04-010

2500 Valley Road, Ste Z
Reno, NV 89512

Email: info@usord.com   Web: www.usord.com

Phone: 775-356-2380
Fax: 775-356-2388

June 8, 2004

## BY HAND DELIVERY

Ms. Deborah Carroll
Chief
Enforcement Division
U.S. Department of State
Bureau of Political-Military Affairs
Directorate of Defense Trade Controls
Washington, D.C. 20520-0112

RE: Transactional Exception for Licenses 906696, 910742, and 915794
DTC Case No. RR 04-118

Dear Ms. Carroll:

This is in response to your letter dated June 2, 2004 regarding U.S. Ordnance, Inc. and its former employee, Curtis Debord, Sr. Pursuant to your request, U.S. Ordnance is preparing a full report on those specific activities and operations of our company for which we previously elicited some assistance from Mr. Debord. We will submit our report to your office by June 20, 2004. However, due to the urgency of the current, pending license applications referenced above, U.S. Ordnance hereby requests these transaction exceptions. Specifically, there is an immediate need for U.S. Ordnance to support the Government of Colombia's request for exports essential for advancing anti-narcotics and anti-terrorism programs in Colombia. U.S. Ordnance requests expedited approval by the Directorate of Defense Trade Controls (Directorate) of this request for transaction exceptions in connection with Colombia License Application Numbers 906696, 910742 and 915794 (the Colombian Licenses).

U.S. Ordnance requests these transaction exceptions solely on the basis of the urgency of the situation and instructions contained in the Directorate's June 2, 2004 letter. We take issue with any implication in the June 2 letter, and believe it is refutable on the facts, that a policy of denial the Directorate has imposed against Curtis Debord, Sr. in his individual capacity should taint U.S. Ordnance's Colombian transactions, or any other export license applications. Regardless of whether the Directorate's proposed policy harmful to U.S. Ordnance is sustainable on the merits, granting the Colombian Licenses is justified based on sound considerations of overriding foreign policy and national security concern.

The machine guns listed on the Colombian Licenses are integral to the goals of Plan Colombia. Plan Colombia is a U. S. initiative based on the U. S. Government's vision of a prosperous democracy in Colombia to defeat the various terrorist and criminal elements in the

country. In helping the Colombians achieve this goal, the United States supports programs and exports that advance the following foreign policy and national security objectives:

- Continuing assistance to combat illicit drugs and terrorism, defend human rights and promote economic, social and alternative development initiatives.

- Enhancing counter-terrorism capability by providing training, equipment, advice, assistance and intelligence support to the Colombian Armed Forces and the Colombian National Police.

- Substantially reducing the production and trafficking of cocaine and heroin from Colombia, by strengthening counter-narcotics programs that assist with eradicating illegal coca and opium poppy, and advising, training and assisting counter-drug organizations and units.

Through these programs, the United States has committed itself to assisting the Colombian Government and Armed Forces combat the entrenched problems of narcotics and terrorism. In order for these programs to succeed, U.S. companies are needed to supply much of the necessary equipment and training to the Colombian Government and Armed Forces. Since 1990, U.S. weaponry provided to the Colombian Armed Forces has included a significant number of M60, M60E3 and M60E4 machine guns, and the importance of U.S. Ordnance in helping to provide these weapons has grown exponentially in the past four years.

In 2000, through a SACO Defense Licensing Agreement, U.S. Ordnance became the *exclusive* manufacturer and *sole distributor* for all models of the M60 Series machine gun and spare parts. The effect of this licensing agreement is that, with the exception of orders filled through FMS sales, M60 machine gun customers world-wide buy directly from U.S. Ordnance. Consequently, between 2001 and 2003 the Office of Defense Trade Controls approved a number of U.S. Ordnance licenses to export significant numbers of M60E3 and M60E4 machine guns to Colombia. Upon approval of these licenses, U.S. Ordnance reliably fulfilled its obligations to the Colombian Government and Army. These exports by U.S. Ordnance have been essential in advancing the goals of the U.S., as established by Plan Colombia.

Similarly, the machine guns listed on the Colombian Licenses are desperately needed by the Colombian Armed Forces to carry out their anti-narcotics and anti-terrorism missions. The M60E4 machine guns listed on license number 915794 are urgently needed by four Colombian Army units to ensure steady and meaningful process in the current anti-terrorism and anti-narcotics campaign. In like manner, the M60E4 machine guns listed on license number 906696 will be utilized by two units of the Colombian Army in anti-terrorism, border patrol, and base defense operations. Finally, the M60E4 machine guns listed on license number 910742 will be used by three units of the Colombian Army for ongoing anti-terrorism and base defense operations. Please see the attached letter from the Armament Director of the Colombian Army which indicates that further delay in the export of these weapons seriously endangers the U.S. supported efforts of the Colombian Government and Armed Forces (Exhibit A).

Finally, there is no cause for law enforcement related concerns. U.S. Ordnance has an effective compliance program for monitoring export operations and end-users, and has maintained a clean export record. The Office of Defense Trade Controls found U.S. Ordnance to be a reliable and trustworthy exporter through the many previous licenses issued to our company. In short, U.S. Ordnance is a responsible, registered company that lawfully fulfills its export obligations under the International Traffic in Arms Regulations. We are confident that the Directorate will conclude that U.S. Ordnance is a reliable defense trade partner with the Government of Colombia and that the immediate granting of transaction exceptions in connection with license application numbers 906696, 910742 and 915794 is fully justified.

If you have any further questions, please contact me at (775) 356-2380, or our Washington Counsel, Mark Barnes, at (202) 626-0070.

Respectfully Yours,

Curtis Debord, Jr.
President, U.S. Ordnance, Inc.

cc: Mark Barnes
Bob Barr

# EXHIBIT A

**RESERVADO**
FUERZAS MILITARES DE COLOMBIA



EJERCITO NACIONAL

DIRECCION DE ARMAMENTO

June 4, 2004

Peter Berry, Director
Office of Defense Trade Controls Licensing
U.S. Department of State
2401 E St., N.W.
Washington, DC 20037

REFERENCE: Licenses 906696, 910742, and 915794

Dear Mr. Berry:

I would like to bring to your attention that the items covered by these licenses are of the utmost importance to our anti-narcotics, anti-terrorism, and anti-kidnapping initiatives as outlined under United States Plan Colombia Policy.

The Colombian Army has standardized on the M-60 as our 7.62mm Machine Gun. We use the M-60 for base defense, border patrol, and our FUDRA (Special Forces Units) employ the M-60 E4 in their anti-narcotics, anti-terrorism, and anti-kidnapping missions. Our Helicopter uses the M-60 D version for defense as well.

Without approval of these three licenses our ability to provide our troops with reliable equipment is seriously compromised and the directives outlined under United States Plan Colombia Policy will be seriously compromised.

Any additional information or assistance required by the U.S. State Department please feel free to contact me at this number: (571)-315-0111 EXT: 3651.

I appreciate your attention to this matter.

Best Regards,

Teniente Coronel JULIO ERNESTO FERREIRA CARDENAS
Armament Director of Colombian Army

**RESERVADO**