

United States Department of State

*Assistant Secretary of State
for Political-Military Affairs*

Washington, D.C. 20520

Robert E. Sanders, Esq.
Attorney and Counselor at Law
P.O. Box 25385
Winston-Salem, NC 27114

OCT 1 8 2005

Dear Mr. Sanders:

This responds to your September 9, 2005 letter and Petition for Remission or Mitigation of *De Facto* Debarment for U.S. Ordnance, Inc.

I have given full and careful consideration to the matters raised in your Petition and have determined that Mr. David Trimble, the Director of the Office of Defense Trade Controls Compliance, will not be removed from further consideration of the matter and that the current proceedings will continue.

Mr. Trimble will be in contact with you about next steps toward resolution of this matter.

Sincerely,

John Hillen