

**United States Department of State**

*Bureau of Political-Military Affairs*
*Directorate of Defense Trade Controls*

*Washington, D.C. 20520-0112*

**In Reply Refer To:**
**DTC Case Nos. RR 04-118**

OCT 2 6 2005

Mr. Curtis L. Debord, Sr.
12301 Interstate 80 E
Sparks, NV 89434

Dear Mr. Debord:

It has come to our attention, that on June 28, 2005, the U.S. District Court for the North District of California dismissed the indictment charging you with, among other things, violations of the Arms Export Control Act (AECA). We also have been informed that the United States has filed a notice of appeal.

While you are not currently under indictment for an AECA offense and, thus, not ineligible under the International Traffic in Arms Regulations (ITAR) for that reason, the Department is hereby informing you of its determination to impose a policy to deny all applications for licenses or other approvals relating to exports of defense articles or defense services or brokering activities with respect to transfers of U.S. or foreign defense articles or services in which you are an applicant or otherwise directly or indirectly involved.

This action is being taken pursuant to Section 38 of the AECA and Section 126.7(a) of the ITAR (including paragraphs 1, 2 and 6 of that Section) and is based on the evidence that you violated the AECA and ITAR as described to you in our letter of July 9, 2004, as well as in the draft Charging Letter we provided you, through your then attorney, Bob Barr, on April 4, 2005. As a result of this policy, you will remain generally ineligible under the ITAR and may not use any exemption from the requirement for license or other approval for the export of defense articles or defense services or for brokering activities.

Please note that, under Section 127.1(c) of the ITAR, any person who knows that another person is generally ineligible under the ITAR may not -- without disclosure to and approval from the Directorate of Defense Trade Controls -- participate in any transaction that may involve a defense article or defense service for which a license is required where such ineligible person may obtain any benefit therefrom or have a direct or indirect interest therein.

Enclosed is a revised draft Charging Letter that updates the information concerning the indictment and also makes a few technical changes. It is our understanding that you wish to pursue discussions with a view to settling this matter jointly with U.S. Ordnance, Inc. and Curtis L. Debord, Jr. under a Consent Agreement (in which you would neither admit nor deny the allegations of the draft Charging Letter). If you wish to proceed with settlement discussions on the basis of the revised draft Charging Letter, please advise us directly or through your attorney.

If you have any questions, you may contact Patricia Slygh, Chief of the Enforcement Division, at (202) 663-2844 or Peter Sullivan of her division at (202) 663-2831.

Sincerely,

David C. Trimble
Director
Office of Defense Trade Controls Compliance

Enclosure: As noted