

**United States Department of State**

*Bureau of Political-Military Affairs*
*Directorate of Defense Trade Controls*

*Washington, D.C. 20522-0112*

MAR 10 2006

In reply refer to
DTC Case Nos. 04-118 and TE 06-005

Mr. Curtis Lee Debord
President
**U.S. Ordnance, Inc.**
2500 Valley Rd. (Suite Z)
Reno, NV 89512

Dear Mr. Debord:

This is to notify U.S. Ordnance, Inc. (USO) of the decision of the Directorate of Defense Trade Controls to deny USO's pending license applications (see list enclosed).

As you know, USO's applications are subject to a policy of denial. As noted in my letter of December 21, 2005, we kept pending applications on hold at USO's request. However, there is no longer any basis for doing so.

Also, as noted in my letter, USO failed to support Transactions Exception requests to the policy of denial for these applications. Since then USO has not submitted any further documentation that would address and meet the strict TE criteria. Accordingly, we are denying USO's pending license applications. This action is taken pursuant to Section 38 of the Arms Export Control Act and Section 126.7(a) of the International Traffic in Arms Regulations. The applications listed in the enclosure will be returned **DISAPPROVED**.

This also responds to your letter of March 31, 2005, asking whether USO may rely on the license exemption in Section 123.17(a) of the International Traffic in Arms Regulations (ITAR) to export a gas lock nut to New Zealand's Air Force. Since USO is subject to a policy of denial, it is not

eligible to use exemptions (see Section 120.1(d) of the ITAR). As you know, in order to obtain a license, a license application would have to be submitted under cover of TE request addressed to me. Again, such a request must address and meet the strict TE criteria.

If you have any questions, please contact Patricia Slygh, Chief of the Enforcement Division, at (202) 663-2844.

Sincerely,

*David C. Trimble* (signature)

David C. Trimble
Director
Office of Defense Trade Controls Compliance

Enclosure: As noted

## U.S. Ordnance, Inc. Export License Applications Denied

DSP-73 No. 106310 (filed 3/21/05)   -- Czech Republic

DSP-5  No. 960640  (filed 4/5/05)    -- Italy

DSP-5  No. 960641  (filed 4/5/05)    -- Jordan

DSP-5  No. 973235  (filed 8/10/05)   -- Saudi Arabia

DSP-5  No. 973236  (filed 8/9/05)    -- Thailand

DSP-5  No. 973237  (filed 8/9/05)    -- Thailand

DSP-5  No. 975544  (filed 8/31/05)   -- Thailand

DSP-5  No. 975548  (filed 8/31/05)   -- Philippines

DSP-73 No. 107757  (filed 8/31/05)   -- Malaysia