## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. ORDNANCE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 05-2304 (ESH) |
| | ) |
| U.S. DEPARTMENT OF STATE, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## **ORDER**

This matter comes before the Court on Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction. Upon consideration of Defendants' Motion, Plaintiff's Opposition, Defendants' Reply, applicable law, and the record herein, it is this _____ day of _____, 2006,

ORDERED that Defendants' Motion is hereby GRANTED.

_____
Ellen S. Huvelle
United States District Court Judge

cc:   Counsel of Record via ECF