# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| U.S. ORDNANCE, Inc. | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 1:05CV02304 (ESH) |
| | ) | |
| | ) | |
| U.S. DEPT. OF STATE, et al. | ) | |
| _____ | ) | |

## PLAINTIFF'S MOTION TO FILE ONE DAY LATE

COMES NOW, U.S. Ordnance, Inc. , by and through Joseph Conte, 400 Seventh St., N.W., #400, Washington, D.C. 20004, to respectfully request leave of this Honorable Court to file his <u>Opposition to Defendants' Motion to Dismiss</u> one day late.

As grounds for this motion counsel has provided an accompanying memorandum of points and authorities.

WHEREFORE counsel respectfully requests that this motion be granted.

Dated: March 31, 2006

Respectfully submitted,

_____
Joseph R. Conte, Bar #366827
400 Seventh St., N.W., #400
Washington, D.C. 20004
(202) 638-4100

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

U.S. ORDNANCE, Inc.                  )
                                     )
                                     )
           v.                        ) Case No. 1:05CV02304 (ESH)
                                     )
                                     )
U.S. DEPT. OF STATE, et al.          )
_____)


**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
**PLAINTIFF'S MOTION TO FILE ONE DAY LATE**

        COMES  NOW, U.S. Ordnance, Inc., in support of her motion to file one day late

to state:

        1.   Plaintiff's response was due March 30, 2006.

        2. Counsel had only one week to prepare his response and coordinating the

response with co-counsel and the client took longer than counsel had anticipated.

        3.  Counsel does not oppose extending the time for the defendant to respond.

        WHEREFORE, counsel respectfully requests that this motion be granted.




                                        Respectfully submitted,


                                        _____/s/_____
                                        Joseph R. Conte

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a copy of the foregoing was served by Electronic

Case Filing.

_____/s/_____
Joseph R. Conte