UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. ORDNANCE, Inc. | ) <br> ) <br> ) |
| v. | ) Case No. 1:05CV02304 (ESH) <br> ) <br> ) |
| U.S. DEPT. OF STATE, et al. | ) <br> ) |

## **O R D E R**

_____This matter is before the Court on the Plaintiff's Motion to File One Day Late and upon consideration of the motion  it is this _____ day of _____, 2006,

**ORDERED** that the defendant's motion should be and hereby is **GRANTED** and it is

**FURTHER ORDERED** that the Clerk of the Court file the Plaintiff's Motion to File One Day Late  in the file of the case

**SO ORDERED.**

_____
Ellen Segal Huvelle
United States District Judge

Copies to:

Mr. Joseph R. Conte, Esquire
400 Seventh St., N.W., #400
Washington, D.C. 20004
Counsel for U.S. Ordnance

Mr. John F. Hanault, Esq
Asst. U. S. Attorney
555 Fourth St., N.W.
Washington, D.C. 20001
Counsel for the United States