UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

U.S. ORDNANCE, Inc.            )
                               )
                               )
   v.                          ) Case No. 1:05CV02304 (ESH)
                               )
                               )
U.S. DEPT. OF STATE, et al.    )
_____)

**MOTION TO FILE AMENDED ANSWER**

  COMES NOW, U.S. Ordnance, Inc., by and through Joseph Conte, 400 Seventh St., N.W., #400, Washington, D.C. 20004, to respectfully request leave of this Honorable Court to file an amended opposition. As grounds for this motion counsel would state:

  1. The original opposition contained four minor errors and an omission.

  2. The errors were:

    a. An erroneous case citation on Page 5, Line 7.

    b. An incorrect date on Page 17, Line 15

    c. An incorrect date on Page 18, Line 11.

    d. An incorrect date on Page 18, Line 12.

  3. Counsel also omitted Exhibit 1 to the motion.

  WHEREFORE counsel respectfully requests that this motion be granted.

Dated: April 3, 2006

Respectfully submitted,

_____/s/_____
Joseph R. Conte, Bar #366827
400 Seventh St., N.W., #400
Washington, D.C. 20004
(202) 638-4100

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing was served by Electronic Case Filing.

_____/s/_____
Joseph R. Conte