UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

U.S. ORDNANCE, Inc.            )
                               )
                               )
    v.                         ) Case No. 1:05CV02304 (ESH)
                               )
                               )
U.S. DEPT. OF STATE, et al.    )
_____)

**O R D E R**

_____This matter is before the court on the plaintiff's motion for leave to file an amended complaint and it appearing to the court that good cause is shown it is this _____ day of _____, 2006,

**ORDERED** that the plaintiff's motion should be and hereby is **GRANTED**

**SO ORDERED**

_____
Ellen Segal Huvelle

Copies to:

Joseph R. Conte, Esquire

Robert E. Sanders, Esquire

John Henault, Esquire