UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. ORDNANCE, Inc. | ) |
| | ) |
| v. | ) Case No. 1:05CV02304 (ESH) |
| | ) |
| U.S. DEPT. OF STATE, et al. | ) |

### NOTICE OF APPEAL

Notice is hereby given that U.S. Ordnance, Inc. above named, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the order entered in this action on the 5th day of June, 2006.

Respectfully submitted,

Mr. Joseph R. Conte, Esquire
400 Seventh St., N.W., #400
Washington, D.C. 20004
202.638.4100

Robert E. Sanders, Esquire
P.O. Box 25385
Winston-Salem, NC 27104
335.549.2999

**RECEIVED**

JUN 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appeal was served by first class mail, postage pre-paid to:

Mr. John Hannult, Esquire
Asst. U. S. Attorney
555 Fourth St., N.W.
Washington, D.C. 20530

this 12th day of June, 2006.

_____
Joseph R. Conte